698

173 So. 913

## Will, alias W. M., McNEAL v. STATE.
### 4 Div. 928.

Supreme Court of Alabama.
March 5, 1937.

John C. Walters, of Troy, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Will, alias Wm., McNeal for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McNeal v. State, 27 Ala.App. 662, 171 So. 924.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

173 So. 913

## George Logan MANESS v. C. W. WOODALL, Trustee.
### 8 Div. 700.

Supreme Court of Alabama.
Jan. 21, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

173 So. 913

## John M. MASTIN et al. v. C. R. BURGESS.
### 8 Div. 659.

Supreme Court of Alabama.
Jan. 19, 1937.

S. H. Richardson and Cooper & Cooper, all of Huntsville, for appellants.

Jas. L. Orman, of Russellville, for appellee.

PER CURIAM.

Appeal dismissed by appellants.

173 So. 913

## Annie L. MEEKS et al. v. Guice LYLES, Adm'r.
### 7 Div. 326.

Supreme Court of Alabama.
Jan. 14, 1937.

R. M. Montgomery, Walter S. Smith, and Walter S. Smith, Jr., all of Birmingham, for appellants.

E. G. Pilcher and Otto Zerwick, both of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

174 So. 896

## Ex parte V. N. MITCHELL.
### 8 Div. 801.

Supreme Court of Alabama.
April 23, 1937.

W. M. Beck, of Fort Payne, for petitioner.

PER CURIAM.

Rule nisi denied.

173 So. 914

## Johnnie MUSE v. STATE.
### 2 Div. 79.

Supreme Court of Alabama.
April 15, 1937.

PER CURIAM.

There is no bill of exceptions in this case, and, no error appearing on the record proper, the judgment of the circuit court is affirmed.

Affirmed.

All Justices concur.